**DEPARTMENT OF MENTAL HEALTH**
*Pre-evaluation Screening Form*

Communicare Case #: __47-99__

IN THE __Chancery__ (Type of Court) COURT OF MARSHALL COUNTY   DATE __2/9/11__

COURT CASE NO. _____ SERVICE CODE __19__ UNITS OF SERVICE __6__

Respondent having been evaluated and pre-screened for commitment pursuant to M.C.A. Section 41-21-67, Communicare offers the following:

Legal Charges Pending: Yes ☐  No ☒

## PERSONAL DATA INFORMATION

NAME: __Princess Anderson__   SOCIAL SECURITY NO: _____   DOB: __4/28/80__

RACE: ____   MARITAL STATUS: ☒Single ☐Married ☐Divorced ☐Widowed   SEX: ☐Male ☐Female
INTERPRETIVE AIDS NEEDED ☒NO ☐YES _____ (i.e. sign language, Spanish, Braille, etc.)

ADDRESS: __72 Christopher Cove__
__Byhalia MS 38611__

NAME OF SPOUSE/NEXT OF KIN: __Angela Anderson__   COUNTY OF RESIDENCE: __Marshall__

MEDICAID# __none__   MEDICARE # __none__

EDUCATION (Circle Highest Grade Completed) 1 2 3 4 5 6 7 8 9 10 11 ⑫ 13 14 15 16 17 18 GED  Currently Enrolled: ☐

OCCUPATION: __none__   PRESENTLY EMPLOYED: ☐Yes ☒No

EMPLOYER: _____   LENGTH OF EMPLOYMENT: ___years ___months

HOUSEHOLD COMPOSITION (Mark All That Apply)
☐ Lives Alone ☐ With Siblings ☐ With Parent(s) ☐ Homeless ☐ With Children
☐ With Spouse ☐ With Relatives ☐ With Legal Guardian ☒ With Others ☐ In Group Home

NUMBER OF DEPENDENT(S): __0__   ☐ Unknown (Explain) _____

NAME OF AFFIANT (Person Filing Papers)
Name: __Brittany Heyner__   Relationship: __assessor__   Phone: (H) _____ (W) _____
Address: __Lakeside Behavioral Health__   City __Memphis__   State __TN__ Zip Code ____

FAMILY CONTACT ☐ Unknown (Explain) _____
Name: __Angela Anderson__   Relationship: __mother__   Phone: (H) __901/451-2970__ (W) ____
Address: _____   City _____   State ____ Zip Code ____

PERSON WITH LEGAL CUSTODY, GUARDIANSHIP, AND/OR CONSERVATORSHIP   ☐ Not applicable (N/A)
Name: __none__   Relationship: _____   Phone: (H) _____ (W) _____
Address: _____   City _____   State ____ Zip Code ____

PRE-EVALUATION SCREENING INFORMANT _____   RELATIONSHIP _____

EXHIBIT B

MC/KD Core Disclosures

Pre-evaluation Screening Form (page two)

## MEDICAL HISTORY INFORMATION

**PREVIOUS MENTAL HEALTH HOSPITALIZATION, SERVICE, A&D TREATMENT** (List Where and When)
none

**CURRENT MEDICATIONS** (List Names and Dosage)

| Name | Dosage |
|---|---|
| none | |

**COMPLIANT WITH MEDICATIONS:** ☐ Yes  ☒ No  ☐ Unknown

**DESCRIBE PHYSICAL APPEARANCE:** _____

**ALLERGIES:** ☐ Yes  ☒ No  ☐ Unknown   If Yes, Explain _____

**PREVIOUS SURGERY:** ☐ Yes  ☐ No  ☒ Unknown   If Yes, Explain _____

**CONCURRENT PHYSICAL CONDITIONS** (Mark all that apply)  ☐ Physical Disability _____ (list required aids i.e. wheel chair, white cane, support cane, oxygen, etc.)

- ☐ Diabetes
- ☐ Emphysema/Cold
- ☐ Heart Condition
- ☐ Seizures
- ☐ Hypertension
- ☐ S.T.D.
- ☐ TB
- ☐ Cancer
- ☐ Contagious Disease
- ☐ Other Chronic Illness
- ☐ (Please State) _____
- ☐ Hepatitis
- ☒ None known

Elaborate on acute medical conditions marked (if needed) _____

**FAMILY PHYSICIAN:** Unknown

### BEHAVIORS EXHIBITED BY RESPONDENT
Also consider information from arrest and/or affidavits
(Mark appropriate answer and/or write in additional pertinent descriptions.)

**History or Present Danger to Self**   ☒ Yes   ☐ No   (If Yes, mark appropriate statement(s) below)

- ☐ Thoughts of suicide
- ☐ Threats of suicide
- ☒ Plan for suicide
- ☐ Pre-occupation with death
- ☒ Suicide gesture
- ☒ Suicide attempts
- ☐ Family history of suicide
- ☐ Self-mutilation
- ☐ Inability to care for self
- ☒ High risk behavior
- ☐ Provoking harm to self from others
- ☐ Other _____

Describe and note date of occurrence: attempted overdose on cough med w/ codine + THC  2/7/11

**History or Present Danger to Others**   ☐ Yes   ☒ No   (If Yes, mark appropriate statement(s) below)

- ☐ Thoughts to harm others
- ☐ Threats to harm others
- ☐ Plans to harm others
- ☐ Attempts to harm others
- ☐ Stalking
- ☐ Has harmed others
- ☐ Felt like killing someone
- ☐ Inability or unwillingness to care for dependants
- ☐ Other _____

Describe and note date of occurrence: _____

...Screening Form (page three)

| | | |
|---|---|---|
| Failure to Care for Self | ☒Yes ☐ No | (If Yes, mark appropriate statement(s) below) |

Failure or inability to provide necessary: ☐ Food ☐ Clothing ☐ Shelter ☐ Safety ☒Medical care for self

☐ Other _was told she was pregnant & then abused medication/drugs. Mother got to court_ _self-harm_

Antisocial/Criminal Behavior ☐ Yes ☒No (If Yes, mark appropriate statement(s) below)

☐ Frequent lying ☐ Stealing ☐ Running away from home ☐ Excessive fighting
☐ Destroys property ☐ Fire setting ☐ Cruelty to other ☐ Cruelty to animals
☐ Arrests ☐ Gang membership ☐ Brandishing weapons ☐ Convictions
☐ Imprisoned ☐ Uses multiple aliases ☐ Exhibitionism ☐ Family desertion
☐ Identify any legal charges which may be pending _____

☐ Other _____

Describe: _____

Drug Use/Abuse ☒Yes ☐No ☐ Unknown (If Yes, mark appropriate statement(s) below)

☐ Has abused ☐ Is abusing ☐ Narcotics ☐ Amphetamines ☐ Barbiturates ☐ Hallucinogens
☐ Cocaine ☒Marijuana ☐ Absenteeism ☐ Job loss ☐ Arrests
☐ Has required hospitalization ☐ Family problems due to drug use ☐ Currently under the influence of drugs

☐ Other _____

Describe: _THC, the only known incident occurred on 2/7/11 associated with overdose_

Alcohol Use/Abuse ☐ Yes ☐No ☒Unknown (If Yes, mark appropriate statement(s) below)

☐ Drinking problem suspected ☐ Intoxicated Now ☐ Has required hospitalization
☐ D.T.'s ☐ Black-outs ☐ Absenteeism
☐ Job loss ☐ Arrests/DUI ☐ Family problems due to drinking
☐ Currently under the influence of alcohol (BAL, if available)
☐ High-risk behavior occurs primarily when under the influence of alcoholic beverages, including beer.

☐ Other _____

Describe: _____

Depressive-Like Behaviors ☒Yes ☐No (If Yes, mark appropriate statement(s) below)

☐ Sadness ☐ Fatigue ☐ Low Energy ☐ Loss of interest ☐ Extreme Withdrawal
☐ Crying ☐ Poor Concentration ☐ Weight loss or gain ☐ Guilt feelings
☐ Feelings of worthlessness ☐ Hopelessness about the future ☐ Hypoactive
☒Thoughts/threats of suicide ☐ Sudden drop in grades or change in friends (especially in adolescents)

☐ Other _____

Describe: _See "Danger to Self"_

Manic-Like Behavior ☒Yes ☐No (If Yes, mark appropriate statement(s) below)

☐ Euphoria ☒Hyperactivity ☐ Grandiosity ☐ Over talkativeness and/or pressured speech
☐ Irritability ☐ High Risk Behaviors ☐ Sleep disturbance ☐ Extravagance with money

☐ Other _____

Describe: _hyperactivity/agitation (may be psychosis-related)_

Dementia-Like Characteristics ☐ Yes ☒No (If Yes, mark appropriate statement(s) below)

☐ Confusion ☐ Wanders Off ☐ Disorientation ☐ Impaired Judgment
☐ Poor Concentration ☐ Gets Lost ☐ Confusion ☐ Significant short-and/or long term memory
☐ Decline in activities of daily living (Consider age of respondent) ☐ Impaired Abstract Thinking

☐ Other _____

Describe: _____

Pre-Evaluation Screening Form (page four)

| | | | |
|---|---|---|---|
| Psychotic-Like Behavior | ☒ Yes | ☐ No | (If Yes, mark appropriate statement(s) below) |

- ☐ Poor personal hygiene
- ☐ Withdrawn
- ☐ Talks often
- ☒ Delusions
- ☒ Doesn't make sense
- ☒ Emotional turmoil
- ☐ Loose Association
- ☐ Incoherence
- ☐ Wanders off
- ☐ Confusion
- ☐ Irritability
- ☐ Disorganized speech or behavior
- ☒ Suspiciousness
- ☐ Unmanageable
- ☐ Illusions
- ☐ Forgetfulness
- ☒ Hallucinations
- ☐ Bizarre or obscene acts
- ☐ Flat or inappropriate affect
- ☐ Disorientation (time, place, people)
- ☒ Poor judgment

☐ Other _____

Describe: Respondent experiencing paranoid delusions / "won't keep her clothes on" in the jail 2-8/2-9 *jailer states*

### ADDITIONAL INFORMATION

Child/Adolescent Conduct Disturbance ☐ Yes ☒ No ☐ Unknown (If Yes, mark appropriate statement(s) below)
(Current Behavior or During Childhood)

- ☐ Theft
- ☐ Fire-setting
- ☐ Aggression
- ☐ Arrest/detainment
- ☐ Refusal to attend school
- ☐ Possession/Use of weapons
- ☐ Cruelty to people
- ☐ Combativeness/aggression
- ☐ Running away
- ☐ Frequent lying
- ☐ Cruelty to animals
- ☐ Defiance of authority and rules
- ☐ Destruction of property
- ☐ Sexual high risk behavior
- ☐ Reported sexual or physical abuse/neglect
- ☐ Other _____

Developmental Disability ☐ Yes ☒ No ☐ Unknown (If Yes, mark appropriate statement(s) below)

- ☐ History of special education placement
- ☐ Inability to care for self or activities of daily living
- ☐ Substantial limitations in adaptive skills (communication, self-care, home living, social skills, community use, self-direction, health and safety, leisure and work)
- ☐ Documented IQ score below a 70
- ☐ Significantly sub-average intellectual functioning before age 18
- ☐ Other _____

Other ☐ Yes ☒ No ☐ Unknown (If Yes, mark appropriate statement(s) below)

- ☐ Anxiety ☐ Panic ☐ Eating disturbance ☐ Sexual problems ☐ Impulsive behaviors
- ☐ Obsessive behaviors ☐ Other _____

### RECOMMENDATIONS

Recommend Examination for Commitment: ☒ Yes ☐ No

If yes, is outpatient commitment currently an option for the respondent? ☐ Yes ☒ No Explain: _____

If no, explain why outpatient commitment is not an option for the respondent: Patient in immediate danger of self-harm, she is unresponsive when visited at the jail. Recommend immediate transfer to hospital.

### SPECIFIC RECOMMENDATIONS
(include Treatment Options)

Hospitalization for psychosis.

_Debra Shelton MSCLPC_ 2/9/11 Debra Shelton MS NCC CMHT
Screener/Credentials Date Print Name

DMH1013 (Rev. 10-07) 4 of 4