IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ANGELA ANDERSON,** **PLAINTIFF**
*personally and on behalf of the wrongful death*
*beneficiaries of Princess Anderson, deceased*

**V.** **NO. 3:12-CV-92-DMB-SAA**

**MARSHALL COUNTY, MISSISSIPPI, AND**
**BAPTIST MEMORIAL HOSPITAL – DESOTO** **DEFENDANTS**

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this day granting Defendant Marshall County's Motion for Summary Judgment [112] and granting in part and denying in part Defendant Baptist Memorial Hospital-Desoto's Motion for Partial Summary Judgment [108],

IT IS HEREBY ORDERED AND ADJUDGED that:

1. All claims asserted against Marshall County are dismissed.

2. The Court declines to exercise supplemental jurisdiction over the remaining state law claims against Baptist Memorial Hospital-Desoto and, therefore, those claims are dismissed without prejudice.

3. Any remaining motions are denied as moot, and this case is closed.

THIS the 24th day of December 2014.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**