IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ANGELA ANDERSON,** **PLAINTIFF**
*personally and on behalf of the wrongful death
beneficiaries of Princess Anderson, deceased*

**V.** **NO. 3:12-CV-92-DMB-SAA**

**MARSHALL COUNTY, MISSISSIPPI, AND
BAPTIST MEMORIAL HOSPITAL – DESOTO** **DEFENDANTS**

## ORDER

On December 24, 2014, the Court entered a Judgment in this action, dismissing all claims asserted against Defendant Marshall County, Mississippi, and dismissing without prejudice the remaining claims against Defendant Baptist Memorial Hospital-Desoto. Doc. #173. On January 22, 2015, Plaintiff filed a Notice of Appeal. Doc. #174.

On March 16, 2015, Plaintiff filed the instant Request to View Record. Doc. #176. It states that Plaintiff "requests permission to view the record on appeal in order to cite proper pages in Appellant's brief." *Id*.

On February 27, 2015, the District Clerk notified Plaintiff's counsel, Daniel Marten Czamanske, Jr., Esq., that the record on appeal had been certified and that a copy of the record was available upon request. On that same day, the District Clerk mailed a copy of the certified record to Czamanske's co-counsel, Danese K. Banks, Esq.

It appearing that Plaintiff's counsel may obtain a copy of the record by directing a request to the Clerk of Court, Plaintiff's Request to View Record [176] is **DENIED as moot**.

SO ORDERED, this 20th day of March, 2015.

/s/ Debra M. Brown
**UNITED STATES DISTRICT JUDGE**